

# Summons

In the matter of  TAX LIABILITY OF CONCHITA GONZALEZ
Internal Revenue Service (Division):  Large & Mid-Size Business
Industry/Area (name or number):  Foreign Resident Compliance
Periods  DECEMBER 31, 2005

## The Commissioner of Internal Revenue

To: RICARDO GONZALEZ NAVARRO

At: ███████████, ███████████, GUAYNABO, PUERTO RICO

You are hereby summoned and required to appear before  EDWIN S. MORALES  an officer of the Internal Revenue Service, to give testimony and to bring with you and to produce for examination the following books, records, papers, and other data relating to the tax liability or the collection of the tax liability or for the purpose of inquiring into any offense connected with the administration or enforcement of the internal revenue laws concerning the person identified above for the periods shown.

All records of communications with Conchita Gonzalez reflecting her addresses, physical locations or other contact information, including but not limited to:

1. correspondence,
2. facsimiles,
3. electronic communication,
4. notes of telephone conversations

For purposes of complying with this Summons, you may redact from responsive documents all matter reflecting the substance of confidential communications, but are required to produce all portions of responsive documents reflecting addresses and telephone numbers, or other contact information.

**Do not write in this space**

EXHIBIT A

**Business address and telephone number of IRS officer before whom you are to appear:**
CITY VIEW PLAZA II - SUITE 2000 48 ROAD 165 KM 1.2, GUAYNABO, P.R. 00968-8000   TEL. 787-522-1917

**Place and time for appearance at** CITY VIEW PLAZA II, SUITE 2000 48 ROAD 165 KM 1.2, GUYANABO, PUERTO RICO

**IRS**
Department of the Treasury
Internal Revenue Service
www.irs.gov

Form 2039 (Rev. 12-2001)
Catalog Number 21405J

on the __9th__ day of __December__ __2009__ at __9:00__ o'clock __a__ m.
Issued under authority of the Internal Revenue Code this __19__ day of __November__ __2009__

_Signature of issuing officer_

_Signature of approving officer (if applicable)_

INTERNAL REVENUE AGENT
Title

GROUP MANAGER
Title

**Original — to be kept by IRS**



# Service of Summons, Notice and Recordkeeper Certificates

(Pursuant to section 7603, Internal Revenue Code)

I certify that I served the summons shown on the front of this form on.

| Date | Time |
|---|---|
| Nov 20, 2009 | 1:05 p.m. |

**How Summons Was Served**

1. ☐ I certify that I handed a copy of the summons, which contained the attestation required by § 7603, to the person to whom it was directed.

2. ☒ I certify that I left a copy of the summons, which contained the attestation required by § 7603, at the last and usual place of abode of the person to whom it was directed. I left the copy with the following person (if any): CLARA ALONSO QUINTERO

3. ☐ I certify that I sent a copy of the summons, which contained the attestation required by § 7603, by certified or registered mail to the last known address of the person to whom it was directed, that person being a third-party recordkeeper within the meaning of § 7603(b). I sent the summons to the following address: ▬▬▬▬▬▬▬▬▬▬▬, GUAYNABO, PUERTO RICO

Signature: [signed]    Title: INTERNAL REVENUE SERVICE

4. This certificate is made to show compliance with IRC Section 7609. This certificate does not apply to summonses served on any officer or employee of the person to whose liability the summons relates nor to summonses in aid of collection, to determine the identity of a person having a numbered account or similar arrangement, or to determine whether or not records of the business transactions or affairs of an identified person have been made or kept.

I certify that, within 3 days of serving the summons, I gave notice (Part D of Form 2039) to the person named below on the date and in the manner indicated.

Date of giving Notice: Nov 20 2009    Time: 3:00 p.m.

Name of Noticee: CONCHITA GONZALEZ

Address of Noticee (if mailed): PO BOX 11204, FDEZ JUNCOS STATION, SAN JUAN PR 00910

**How Notice Was Given**

☒ I gave notice by certified or registered mail to the last known address of the noticee
☐ I left the notice at the last and usual place of abode of the noticee. I left the copy with the following person (if any):
☐ I gave notice by handing it to the noticee
☐ In the absence of a last known address of the noticee, I left the notice with the person summoned.
☐ No notice is required.

Signature: [signed]    Title: INTERNAL REVENUE AGENT

I certify that the period prescribed for beginning a proceeding to quash this summons has expired and that no such proceeding was instituted or that the noticee consents to the examination.

Signature: _____    Title: _____

7006 3450 0003 1175 8374   —TP
7007 2680 0000 3289 3294   —REP

Form 2039 (Rev. 12-2001)